# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
DALY, BROWN, and de GROOT
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Aaron C. HAMILTON**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202400034**

_____

Decided: 19 July 2024

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Adam J. Workman

Sentence adjudged 3 October 2023 by a special court-martial convened at Marine Corps Base Camp Lejeune, North Carolina, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for five months, and a bad-conduct discharge.[1]

For Appellant:
*Lieutenant Colonel Gregory P. Adams, USMCR*

---

[1] Appellant received 147 days of confinement credit.

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact, and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.